## William N. Brady, Appellant, v. The Fidelity and Casualty Company of New York, Appellee.

Gen. No. 40,726.

Heard in first district, first division, at June term, 1939; opinion filed January 22, 1940; rehearing denied February 5, 1940. J. V. Schaffenegger, for appellant; Leonard & Leonard and White & White, for appellee; George Edward Leonard, Quintin Johnstone and Stuart B. White, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."